IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CINDY STOKES and ANDY STOKES, | * | |
| Plaintiffs, | * | |
| v. | | Case No.5:24-cv-281 (MTT) |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant.

This 18th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk